# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LEROY CLYDE JOHNSON, III

NO. 2025 KW 0845

**NOVEMBER 17, 2025**

---

In Re:   Leroy Clyde Johnson, III, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. CR-2101046.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT